FILED
SEP 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

KATRINA LIGGINS WEBSTER,
43184 GATWICK SQUARE
Ashburn, Virginia 20147
703 655 8814

    Plaintiff,

vs.

DONALD C. WINTER, SECRETERY,
UNITED STATES DEPARTMENT
OF NAVY
1000 Navy Pentagon
Washington, D.C. 20350-1000

Case: 1:07-cv-01720
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/26/2007
Description: Employ. Discrim.

JURY ACTION

## COMPLAINT

1.     This is an employment discrimination action brought by Katrina Webster to recover damages against the defendant Donald C. Winter, Secretary of the United States Navy, for violations of her rights under Title VII of the Civil Rights Act of 1964, as amended.

### JURISDICTION AND VENUE

2.     Jurisdiction over these claims arises under federal law, as provided by 28 U.S.C. §1331.

3.     Venue is proper in this district pursuant to the general venue statute, 28 U.S.C. §1391.

4.     The amount in controversy herein exceeds $75,000.00 exclusive of costs and interest (28 U.S.C. 1332) and diversity of citizenship exists between the parties.

5.     These claims arise out of acts undertaken and injuries suffered in this federal district.

## PARTIES

6. Katrina Webster is African-American, female, and a resident of Ashburn, Virginia.

7. Defendant Donald C. Winter (hereinafter, "the Agency"), is an employer within the meaning of 42 U.S.C.2000e.

8. The Defendant is charged with the responsibility of making personnel and other decisions for the Department of the Navy.

9. At all times relevant herein, the Agency has resided and conducted business in this judicial district.

## FACTUAL ALLEGATIONS

10. Katrina Webster was employed with the Agency as secretary beginning on or about 22 June, in the year 1998.

11. All times relevant herein, CAPT. Weingartner and LCDR Johnny Wolfe was Plaintiff's immediate supervisor.

12. During her employ, the agency engaged in unlawful discriminatory practices, including, but not limited to, retaliating against plaintiff for engaging in protected activity and failure to promote plaintiff to the Secretary GS-08 position, the "upward mobility" Budget Analyst GS-05/07/09, and Management Analyst GS-07 positions.

13. Plaintiff began experiencing retaliation from within the Agency once she spoke up against what she perceived to be discriminatory actions taken by the panel of individuals charged with interviewing for open positions within the agency.

14. Following Plaintiff's decision to speak up to protect her rights of, the agency began to retaliate against her and complain about her work without justification.

15. Prior to her complaint of discriminatory treatment against applicants, Plaintiff had been performing her duties to her employer's satisfaction.

16. As a consequence of this retaliatory treatment Ms. Webster has suffered in a job for which she is overqualified, and she is apparently unable to be promoted.

17. The Defendant discriminated against the Plaintiff when she was denied a promotion for the position of Secretary & Budget Analyst, and exhausted her administrative remedies with respect to this adverse action in DON Case Nos. 05-00030-01458 and DON 06-00030-00953 respectively, receiving her right to sue letter on 29 June 2007.

18. The Defendant discriminated against the Plaintiff when she was denied a promotion for the position of Secretary, and exhausted her administrative remedies with respect to this adverse action in DON Case No. 07-00030-02698, and it has been more than 180 days since the formal complaint was filed.

19. The Defendant discriminated against the Plaintiff when she was denied a promotion for the position of Management Analyst, and exhausted her administrative remedies with respect to this adverse action in DON Case No. 04-0023A-004, and it has been more than 180 days since the formal complaint was filed.

## DAMAGES

20. As a result of the discriminatory actions of the defendants, plaintiff has suffered greatly, both financially and emotionally as a result of the agency's refusal to promote her despite her qualifications.

## COUNT I:   Violation of Title VII

21. Plaintiffs repeat and incorporate by reference the allegations of paragraphs 1-20 of the Complaint as if they were set forth in full.

22. Defendant acted willfully and in reckless disregard of Plaintiff's rights by subjecting her to retaliatory actions and failing to promote her.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully requests the Court enter judgment in her favor and against Defendant, and to provide the following relief:

(a) That a declaratory judgment be entered finding Defendants' acts and employment practices unlawful, and that Defendants be enjoined from engaging in such unlawful acts and practices.

(b) That an order be issued for back pay with prejudgment interest and all the benefits to which Plaintiff is entitled, including interest thereon to the present time, with the actual amount to be proven at trial;

(c) That Plaintiff be compensated for her psychological and emotion pain and suffering in the sum of Three Hundred Thousand ($300,000), plus all interest available under Virginia law for non-economic injuries;

(d) That punitive damages be awarded to Plaintiff in the

4

amount to be determined by a jury of her peers, plus all available interest under D.C. law;

(e) An award of reasonable counsel fees, and interest thereon, and costs to compensate Plaintiff for having to prosecute this action; and

(f) Such other legal and equitable relief as may be just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands a trial by jury on all the issues in this action that are triable by law.

KATRINA WEBSTER

*Katrina Webster* (signature)

43184 Gatwick Sq
Ashburn, VA 20147-4433
713 655 8514

5

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

### I (a) PLAINTIFFS
KATRINA LIGGINS WEBSTER

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Loudoun County, VA

### DEFENDANTS
Donald C. Winter, Secretary

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __DC__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Pro Se   43184 Gatwick Sq.
Ashburn, VA 20147

Case: 1:07-cv-01720
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/26/2007
Description: Employ. Discrim.

**JURY ACTION**

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES
(FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☒ | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other)   OR   ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
TITLE VII OF THE CIVIL RIGHTS ACT OF 1964   42 USC §2000 et seq.

VII. REQUESTED IN COMPLAINT   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 300,000   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES ☐ NO

VIII. RELATED CASE(S) IF ANY   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 9/26/07   SIGNATURE OF ATTORNEY OF RECORD  *Katrin Webster*

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd