UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*x

KATRINA L. WEBSTER, :
:
Plaintiff, : Case No. 1:07-CV-01720 (ESH)
:
v. :
:
DONALD C. WINTER, :
:
Defendant. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*x

**PLAINTIFF'S MOTION FOR ENLARGEMENT
OF TIME TO SERVE COMPLAINT**

COMES NOW Plaintiff, Katrina Webster, and pursuant to Fed. R. Civ. Pro. 6(b), files this Motion For Enlargement of Time to Serve and in support of said motion, states as follows:

1. Plaintiff's Complaint was filed *pro se* with this Court on or about September 26, 2007.

2. On or about December 14, 2007, I hired Carey Brown to serve the Complaint and Summons on the Defendant.

3. Mr. Brown attempted to serve Defendant with the Complaint and Summons on multiple occasions but was unable to affect such service. See Affidavit of Carey Brown.

4. During his attempts to serve the Defendant, Mr. Brown was not allowed access to the facility at which the Defendant is stationed in order to affect service. See Affidavit of Carey Brown. The guard at the gate would not admit Mr. Brown and neither the Defendant nor any of his representatives would appear at the gate to receive the documents. Further, the guards would not provide any identifying information to Mr. Brown such as name or badge number.

5. I am currently attempting to discover a method with which to serve the Defendant. To that end, I am attempting to secure the necessary funds to retain an

RECEIVED
JAN 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

attorney for this purpose and to represent me in this case.

6. Due to the circumstances described above, Plaintiff respectfully requests that this Court enlarge the time for Plaintiff to serve the Complaint and Summons.

7. I believe I have shown good faith in attempting to serve the Defendant and believe that enlarging the time to serve the Complaint would be in furtherance of the ends of justice.

**WHEREFORE**, Plaintiff prays that the Court grant enlarge the time for Plaintiff to serve the Complaint and Summons.

Respectfully Submitted,

KATRINA WEBSTER

By: _____
Katrina Webster, Pro Se
43184 Gatwick Square
Ashburn, VA 20147
(703) 862-3271

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*x

KATRINA L. WEBSTER,                :
                                   :
            Plaintiff,             :     Case No. 1:07-CV-01720 (ESH)
                                   :
v.                                 :
                                   :
DONALD C. WINTER,                  :
                                   :
            Defendant.             :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*x

## ORDER

THIS MATTER, having come before the Court on Plaintiff's Motion for Enlargement of Time to Serve Complaint, and it appearing that the Defendant has not yet filed any responsive pleading, and based on said motion, any opposition thereto, and the rules of this Court, it is this _____ day of _____, 2008, hereby

ORDERED that Plaintiff's Motion for Enlargement of Time to Serve Complaint is GRANTED, and it is

FURTHER ORDERED that Plaintiff serve the Complaint and summonses by the _____ day of _____, 2008.

                                          _____
                                          United States District Court Judge

Copies to:

Katrina Webster
43184 Gatwick Square
Ashburn, VA  20147

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*x

KATRINA L. WEBSTER, :

      Plaintiff, : Case No. 1:07-CV-01720 (ESH)

v. :

DONALD C. WINTER, :

      Defendant. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*x

## AFFIDAVIT OF CAREY BROWN

1. My name is Carey Brown. I am a U.S. Citizen over the age of 18.

2. I was hired by Katrina Webster to serve process in the present case.

3. In January, 2008, I attempted several times to serve the Complaint and Summons in the present matter on Donald C. Winter. My last attempt to serve process was today, January 24, 2008.

4. The Defendant is located at 1000 Navy Pentagon, Washington, D.C. 20350.

5. At the guard gate for the Pentagon, I explained my name, position, and purpose for appearing at the Navy Yard, specifically, to serve process on Mr. Winter.

6. The guard at the Navy Yard would not admit me to the facility to serve process, nor would he accept service himself.

7. I attempted to contact the Defendant to explain that I was at the facility to serve process and requested that he meet me to receive the documents. The person from Mr. Winter's office refused to come to the guard gate to accept service.

    I HEREBY CERTIFY, under penalty of perjury, that the foregoing affidavit is true and correct to the best of my knowledge, information and belief.

                                             _____
                                             CAREY BROWN

STATE OF Virginia

CITY/COUNTY OF Alexandria _____ to wit:

Before me, the undersigned Notary Public, appeared Carey Brown, who, first being duly sworn by me in the mode and manner provided by law, deposed and stated that the hereto annexed Affidavit of Carey Brown are true and correct to the best of his/her knowledge information and belief

GIVEN under my hand and seal this _____ day of January, 2008.

_____
Notary Public  # 355751

My Commission Expires: 3/31/09

2