UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KATRINA LIGGINS WEBSTER,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DONALD C. WINTER, Secretary,** ) <br> **U.S. Department of the Navy,** ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-1720 (ESH) |

**ORDER**

This matter is before the Court on plaintiff's motion for an enlargement of time to serve the complaint. It appearing that plaintiff is suing defendant in his official capacity, plaintiff is reminded that, pursuant to Fed. R. Civ. P. 4(i), service of process on an officer or employee of the United States sued only in an official capacity may be effected by sending a copy of the summons and complaint by registered or certified mail addressed to each of the following: (1) defendant (in this case, located at 1000 Navy Pentagon, Washington, D.C. 20350); (2) the U.S. Attorney for the District of Columbia at 501 Third Street, NW, Washington, D.C. 20001; and (3) the U.S. Attorney General, U.S. Department of Justice at 950 Pennsylvania Avenue, NW, Washington, D.C. 20530. Having considered the motion and finding good cause, the Court hereby

**ORDERS** that plaintiff's motion for an enlargement of time [Dkt. # 3] is **GRANTED**. Plaintiff shall file with the Court proof of service of the complaint and summons on or before March 30, 2008.

**SO ORDERED**.

                                                      /s/
                              ELLEN SEGAL HUVELLE
                              United States District Judge

DATE: January 28, 2008