UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*************************************x
KATRINA L. WEBSTER,                  :
                                     :
         Plaintiff,                  :    Case No. 1:07-CV-01720 (ESH)
                                     :
v.                                   :
                                     :
DONALD C. WINTER,                    :
                                     :
         Defendant.                  :
*************************************x

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Christopher E. Brown, Esq. and Bradley S. Deutchman, Esquire of Brown, Brown & Brown, P.C. as co-counsel for the Plaintiff in the above-styled matter.


BROWN, BROWN & BROWN, P.C.


By: _____
Christopher E. Brown, D.C. Bar No. 458897
Bradley S. Deutchman, D.C. Bar No. 460912
BROWN, BROWN & BROWN, P.C.
6269 Franconia Road
Alexandria, Virginia 22310
(703) 924-0223
(703) 924-1586 (facsimile)