UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*****************************x
KATRINA L. WEBSTER,                :
                                                       :       RECEIVED
            Plaintiff,                         :       Case No. 1:07-CV-01720 (ESH)
                                                       :
v.                                                   :
                                                       :
DONALD C. WINTER,                  :
                                                       :
            Defendant.                     :
*****************************x

## PLAINTIFF'S MOTION TO REINSTATE

COMES NOW Plaintiff, Katrina Webster, and pursuant to Fed. R. Civ. Pro. 4(m), files this Motion to Reinstate the Plaintiff's case, and in support of said motion, states as follows:

1.  Plaintiff's Complaint was filed *pro se* with this Court on or about September 26, 2007.

2.  As stated in previous filing with the Court, Plaintiff hired a process server to serve the Complaint and Summons in this matter. Complaint and Summons on multiple occasions but was unable to affect such service due to being prevented from accessing the Defendant's facility.

3.  Plaintiff then requested that the law firm of Brown, Brown & Brown PC represent her in this matter and effect service on the Defendant. Counsel effected service but was unable to electronically file proof of service due to the case being in a *pro se* status.

4.  Counsel for Plaintiff has entered its appearance on behalf of the Plaintiff as of the filing of this Motion. Counsel for Plaintiff has already effected service on the Defendant and will file such proof upon granting of the relief requested herein. Should the Court Order that the Complaint and Summons be re-served, counsel will comply with such Order.

5.     Reinstating the matter, with Plaintiff being represented by counsel, should ensure that the prosecution of the case will proceed in a more efficient and timely manner.

6.     Plaintiff, and the legal system, have an interest in cases being decided on their merits.

**WHEREFORE**, Plaintiff prays that the Court grant enlarge the time for Plaintiff to serve the Complaint and Summons.

KATRINA WEBSTER
By Counsel

Brown, Brown & Brown, P.C.

By _____
Christopher E. Brown, Esq. (#458897)
Bradley Deutchman (#460912)
6269 Franconia Road
Alexandria, VA 22310
(703) 924-0223
FAX (703) 924-1586

Dated: April 25, 2008

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*x
KATRINA L. WEBSTER,                  :
                                     :
        Plaintiff,                   :       Case No. 1:07-CV-01720 (ESH)
                                     :
v.                                   :
                                     :
DONALD C. WINTER,                    :
                                     :
        Defendant.                   :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*x

ORDER

THIS MATTER, having come before the Court on Plaintiff's Motion to Reinstate, and it appearing that the Defendant has not yet filed any responsive pleading, and based on said motion, any opposition thereto, and the rules of this Court, it is this _____ day of _____, 2008, hereby

ORDERED that Plaintiff's Motion to Reinstate is GRANTED, and it is

FURTHER ORDERED that Plaintiff file proof of service of the Complaint and Summons by the _____ day of _____, 2008.

                                             _____
                                             United States District Court Judge

Copies to:

Katrina Webster
43184 Gatwick Square
Ashburn, VA  20147