UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*************************************x
KATRINA L. WEBSTER,                              :
                                                 :
       Plaintiff,                                :     Case No. 1:07-CV-01720 (ESH)
                                                 :
v.                                               :
                                                 :
DONALD C. WINTER,                                :
                                                 :
       Defendant.                                :
*************************************x

## AFFIDAVIT OF SERVICE

    Will the Clerk please take notice that the Complaint and Summons in the above-captioned case was served on Donald C. Winter via Certified Mail, Return Receipt Requested at 1000 Navy Pentagon, Washington, DC 20350-1000 on February 22, 2008. A copy of the signed Return-Receipt, endorsed by Glenda McRavin is attached to this Notice. The original return receipt is being kept on file at Plaintiff's counsel's office.

                                                                     BROWN, BROWN & BROWN, P.C.


                                                                     By: _____/Bradley S. Deutchman/_____
                                                                     Bradley S. Deutchman, Bar No. 17086
                                                                     BROWN, BROWN & BROWN, P.C.
                                                                     6269 Franconia Road
                                                                     Alexandria, Virginia 22310
                                                                     (703) 924-0223
                                                                     (703) 924-1586 (facsimile)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donald C. Winter
   1000 Navy Pentagon
   Washington, DC 20350-1000

   RECEIVED MAR - 3 2008

2. Article Number
   (Transfer from service label)

   7004 0750 0002 5700 ....

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Glenda McKavin               2-22-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   DEPARTMENT OF THE NAVY
   OFFICE OF THE GENERAL COUNSEL
   WASHINGTON, D.C. 20350

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

SECURITY SCREENED