UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*x
KATRINA L. WEBSTER,                          :
                                             :
       Plaintiff,                            :     Case No. 1:07-CV-01720 (ESH)
                                             :
v.                                           :
                                             :
DONALD C. WINTER,                            :
                                             :
       Defendant.                            :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*x

## AFFIDAVIT OF SERVICE

      Will the Clerk please take notice that the Complaint and Summons in the above-captioned case was served on Donald C. Winter via Certified Mail, Return Receipt Requested at 1000 Navy Pentagon, Washington, DC 20350-1000 on February 22, 2008. A copy of the signed Return-Receipt, endorsed by Glenda McRavin is attached to this Notice. The original return receipt is being kept on file at Plaintiff's counsel's office.

                                               BROWN, BROWN & BROWN, P.C.


                                               By:_____/Bradley S. Deutchman/_____
                                               Bradley S. Deutchman, Bar No. 17086
                                               BROWN, BROWN & BROWN, P.C.
                                               6269 Franconia Road
                                               Alexandria, Virginia 22310
                                               (703) 924-0223
                                               (703) 924-1586 (facsimile)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Donald C. Winter
    1000 Navy Pentagon
    Washington, DC 20350-1000

    RECEIVED MAR -3 2008

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ Glenda McKavin — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Glenda McKavin
C. Date of Delivery: 2-22-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

    DEPARTMENT OF THE NAVY
    OFFICE OF THE GENERAL COUNSEL
    WASHINGTON, D.C. 20350

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):
   7004 0750 0002 5700 5077

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540